UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE MOORE, <br><br> Plaintiff, <br><br> v. <br><br> R. BROWN, et al., <br><br> Defendant. | No. 2:18-cv-02428 MCE KJN P <br><br><br> ORDER |

On October 3, 2018, plaintiff filed a request for reconsideration of the magistrate judge's order filed September 7, 2018, directing plaintiff to pay the filing fee. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

The court grants plaintiff an extension of time to pay the court's filing fee, but is cautioned that failure to do so will result in the dismissal of this action.

Therefore, IT IS HEREBY ORDERED that:

////

////

////

////

1

1. Upon reconsideration, the order of the magistrate judge filed September 7, 2018, is affirmed; and

2. Plaintiff is granted fourteen days in which to pay the court's filing fee.

IT IS SO ORDERED.

Dated: October 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE