UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>R. BROWN, et al.,<br><br>    Defendants. | No. 2:18-cv-2428 MCE KJN P<br><br>ORDER |

Plaintiff filed a motion for extension of time to file objections to findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections.

Dated: December 18, 2018

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

moor2428.36